# THE MIRVIS LAW FIRM, P.C.

March 23, 2022

**Via ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: **United States v. Val Cooper**
           21-CR-00208-LDH

Honorable Judge Hall:

  On behalf of Mr. Val Cooper, I write to respectfully request a modification of Mr. Cooper's bail conditions.

  On February 3, 2022, The Honorable Magistrate Judge Robert Levy released Mr. Cooper pursuant to the following conditions: (1) a $1,000,000 bond; (2) co-signed by five financially responsible persons; (3) travel limited to New York City and Long Island, New York; (4) surrender of travel documents; (5) Pre-Trial Supervision; (6) home detention with electronic GPS location monitoring. Since his release Mr. Cooper has complied with all conditions of his bond and has been in constant contact with counsel and his Pretrial Services officer.

  Mr. Cooper respectfully moves this Court to modify his current bond to allow for gainful employment. Mr. Cooper has obtained a job with Global Home Care, Inc., which is located in Brooklyn, New York. The proposed employment would require that Mr. Cooper work Monday through Friday from 8 am to 4 pm. The Government by AUSA Devon Lash and Pretrial Officer Berzak have no objection to this Application

  **Wherefore**, for the reason stated above, I respectfully request that the Court grant this Application modifying Mr. Cooper's pretrial release conditions to allow him to leave his home Monday through Friday from 7 am to 5 pm.

28 Dooley Street, 3rd Floor, Brooklyn, NY 11235
Phone: 718.934.4141 · Fax: 718.228.8408
Mirvis.Tony@gmail.com

Mr. Cooper and I thank the Court in advance for its attention and consideration of this Application.

**Respectfully Submitted**,

By: <u>/s/ Tony Mirvis</u>
     Tony Mirvis, Esq.


cc:    AUSA Devon Lash (Via ECF)
       PTSO Berzak (Via ECF)