

# THE MIRVIS LAW FIRM, P.C.

June 18, 2025

**Via ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                              Re:    United States v. Val Cooper
                                          21-CR-00208-LDH

Honorable Judge Hall:

      On behalf of Mr. Val Cooper, I write to respectfully request a modification of Mr. Cooper's bail conditions to allow him to travel through the Southern District of New York and the District of New Jersey.

      This request is necessary because Mr. Cooper has found a job as a buyer of clothing for a Ukrainian clothing company. The position would require him to travel to Suffern, NY 3-4 times per week to select clothes from a warehouse that would then be shipped to the Ukrainian company.

      Pretrial and the Government do not object to this Application.

      Mr. Cooper and I thank the Court in advance for its attention and consideration of this Application.

                                                             **Respectfully Submitted**,

                                                             /s/ Tony Mirvis
                                                  By:   Tony Mirvis, Esq.

cc:    AUSA Lurinsky (Via Email and ECF)
        PTSO Baio (Via Email)